UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

David and Kari Silcox,   Case No. 09-79558
                         Chapter 7
         Debtors.        Honorable Marci B McIvor
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $6.31 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| Nordstrom FSB<br>P.O. Box 6566<br>Centennial, CO 80155 | 3 | $4.78 |
| Elan Fianncial Services as servicer for<br>Comerica Bank<br>P.O. Box 5229<br>Cincinnati, OH 45201 | 8 | $1.53 |

Date: January 6, 2011      /s/ CHARLES J. TAUNT
                           CHARLES J. TAUNT, Trustee
                           700 East Maple Road
                           2nd Floor
                           Birmingham, MI 48009
                           (248) 647-1127